JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ELLIOTT, | Case No. CV 13-00743 DMG (MRWx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JANSSEN PHARMACEUTICALS, INC. et al., | |
| Defendants. | |

    Pursuant to the Court's Order granting Defendant's Motion for Summary Judgment,

    IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants Janssen Pharmaceuticals Inc. and Johnson and Johnson and against Plaintiff Jonathan Elliot, who shall take nothing.

DATED: December 13, 2013

                                                    _____
                                                    DOLLY M. GEE
                                                    UNITED STATES DISTRICT JUDGE